15 A.3d 67

**Lawrence DABNEY, Petitioner**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.**

**No. 157 EM 2010.**

Supreme Court of Pennsylvania.

March 2, 2011.

## *ORDER*

PER CURIAM.

**AND NOW,** this 2nd day of March, 2011, the Application for Leave to File Original Process is **GRANTED.** As Petitioner has a motion for return of bail pending before the trial court, the Petition for Writ of Mandamus is **DENIED.**